DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-417 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME |
| CARLOS DELGADO, | ) |
| | ) Date:  October 19, 2009 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant CARLOS DELGADO, that the above matter be dropped from this court's calendar for October 19, 2009, at the request of the defense and be continued until December 7, 2009, for status conference. This continuance is requested in order to permit review of initial discovery, initial consultation with Mr. Delgado, and other aspects of defense preparation.

The date of December 7, 2009 is sought due to the unavailability of defense counsel during substantial portions of the intervening

1  period including; a just re-scheduled trip to Philadelphia to help
2  manage a memorial service for a friend and former colleague from
3  October 21 through October 23, and a trial before Judge Karlton
4  commencing October 27, 2009, in which the government estimates two
5  weeks for its direct case.

6      **IT IS FURTHER STIPULATED** that the time from the filing
7  of this stipulation through December 7, 2009, be excluded from
8  computation of time within which the trial of this matter must be
9  commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.*,
10 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

11     **IT IS SO STIPULATED.**

13 Date: October 9, 2009        Lawrence G. Brown
                                     United States Attorney

15                                           /S/ Daniel McConkie
                                     DANIEL MCCONKIE
16                                   Assistant United States Attorney
                                     Counsel for Plaintiff

18 Date: October 9, 2009        /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
19                                   Assistant Federal Defender
                                     Attorney for Defendant
20                                   CARLOS DELGADO

### O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for October 19, 2009, and is ordered to be re-calendared for December 7, 2009, at 10:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from October 9, 2009,

Stip & Order Continuing Case
and Excluding Time                2

1  through December 7, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
2  (B)(iv).
3           **IT IS SO ORDERED.**
4                                    By the Court,
5
6  Date: October 9, 2009
7
8
9
10 _____
11          FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order Continuing Case
and Excluding Time                     3