DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-417 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| CARLOS DELGADO, ) | Date:  January 11, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant CARLOS DELGADO, that the above matter be dropped from this court's calendar for January 11, 2010, at the request of the defense and be continued until February 1, 2010, for status conference. This continuance is requested in order to permit consultation with Mr. Delgado concerning a plea offer now in preparation by government counsel, and other aspects of defense preparation.

The date of February 1, 2010 is sought due in part to the unavailability of defense counsel during portions of the recent

1 holidays and to accommodate the many current demands on counsel's
2 interpreter.
3       **IT IS FURTHER STIPULATED** that the time from the filing
4 of this stipulation through February 1, 2010, be excluded from
5 computation of time within which the trial of this matter must be
6 commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.*,
7 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
8       **IT IS SO STIPULATED.**
9
10 Date: January 8, 2010      Lawrence G. Brown
                                        United States Attorney
11
12                                       /S/ Daniel McConkie
                                      DANIEL MCCONKIE
13                                       Assistant United States Attorney
                                      Counsel for Plaintiff
14
15 Date: January 8, 2010      /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
16                                       Assistant Federal Defender
                                      Attorney for Defendant
17                                       CARLOS DELGADO
18
19
20
21
22                                 **O R D E R**
23       Based on the above stipulation of the parties, this
24 matter is ordered to be dropped from the calendar for January 11,
25 2010, and is ordered to be re-calendared for February 1, 2010, at
26 10:00 a.m.
27       Time is excluded from computation of time within which
28 the trial of this matter must be commenced from January 11, 2010,

1  through February 1, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
2  (B)(iv).
3      **IT IS SO ORDERED.**
4
5
6  Date: January 8, 2010
7                                        FRANK C. DAMRELL, JR.
8                                        UNITED STATES DISTRICT JUDGE